**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE GLUCAGON-LIKE PEPTIDE-1 RECEPTOR AGONISTS (GLP-1 RAS) PRODUCTS LIABILITY LITIGATION | MDL NO. 3094<br><br>THIS DOCUMENT RELATES TO ALL CASES<br><br>JUDGE KAREN SPENCER MARSTON |
| MOHAMED SAAD ELKHAWALKA and SOHA ABDELSALAM HAFEZ,<br><br>　　　Plaintiffs,<br><br>v.<br><br>ELI LILLY & COMPANY, and LILLY USA, LLC,<br><br>　　　Defendants | COMPLAINT AND JURY DEMAND<br><br>CIVIL ACTION NO.: _____ |

---

**SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**

---

Plaintiffs named below, by and through their undersigned counsel, file this *Short-Form Complaint and Demand for Jury Trial* against the Defendants selected below. Plaintiffs adopt and incorporate by reference the allegations, claims, and the relief sought in *Plaintiffs' Amended Master Long Form Complaint and Demand for Jury Trial (ECF 481) ("Master Complaint")*, and any subsequent amended versions of such Master Complaint, filed in *In Re: Glucagon-Like Peptide-1 Receptor Agonists (GLP-1 RAs) Products Liability Litigation*, MDL No. 3094 in the United States District Court for the Eastern District of Pennsylvania, as it relates to the selected Defendants and Causes of Action. Plaintiffs file this *Short-Form Complaint* as permitted by Case Management Order ("CMO") No. 27 (ECF 503).  Plaintiffs file this Complaint pursuant to the Direct Filing

1

Order and are to be bound by the rights, protections and privileges, and obligations of that Direct Filing Order and other Orders of the Court. Further, in accordance with the Direct Filing Order, Plaintiffs hereby designate the United States District Court for the Eastern District of New York as Plaintiffs' designated venue ("Original Venue"). Plaintiffs make this selection based upon one or more of the following factors:

### IDENTIFICATION OF PARTIES

#### Plaintiffs

1.  Full (first, middle, and last) name of Plaintiff injured/deceased due to use of GLP-1 RA Products: Mohamed Saad Elkhawalka                                    .

2.  If applicable, full name and representative capacity of Plaintiff alleging wrongful death claim: N/A                                                    , as N/A                          of the estate of N/A                          , deceased.

3.  If applicable, full name of Plaintiff alleging survival claims, as permitted under state law(s): N/A                                                    .

4.  If applicable, full name of Plaintiff alleging loss of consortium or loss of services: Soha Abdelsalam Hafez                                         .

#### Defendants

5.  Plaintiffs are suing the following Defendants (check all that apply):

    _____ Novo Nordisk Inc.

    _____ Novo Nordisk A/S

    __X__ Eli Lilly and Company

    __X__ Lilly USA, LLC

    _____ other(s) (identify): _____

2

**JURISDICTION AND VENUE**

6.    City and state of Plaintiffs' current residence:

Centereach, New York                                                                          .

7.    State where Plaintiff was prescribed the GLP-1RA Products at issue:

New York                                                              .

8.    State of Plaintiff's residence at time of his use of the GLP-1RA Products at issue:

New York                                                              .

9.    City and state of Plaintiff's residence at time of diagnosis of injury:

Centereach, New York                                                                      .

10.    Jurisdiction is based on:

   X    diversity of citizenship pursuant to 28 U.S.C. § 1332

_____    other (plead in sufficient detail as required by applicable rules):


11.    The District Courts where Plaintiffs might have otherwise filed this Short Form Complaint, absent this Court's CMO No. 14, and/or to where remand could be ordered:

Eastern District of New York                                                      .

12.    Venue is proper in the District Court identified in Paragraph 11 because:

   X    a substantial part of the events and omissions giving rise to Plaintiffs'

claims occurred there

_____    other (plead in sufficient detail as required by applicable rules):


13.    If applicable, identify the citizenship of any additional Defendants named above:

N/A

3

**PRODUCT USE**

14.     Plaintiff used the following GLP-1 RA Products for which claims are being asserted in this case (check all that apply):

_____     Ozempic (semaglutide)

_____     Wegovy (semaglutide)

_____     Rybelsus (oral semaglutide)

_____     Victoza (liraglutide)

_____     Saxenda (liraglutide)

__X__     Trulicity (dulaglutide)

_____     Mounjaro (tirzepatide)

_____     Zepbound (tirzepatide)

_____     Other(s) (specify): _____

15.     To the best of Plaintiff's knowledge, Plaintiff used GLP-1 RA Products during the following approximate date ranges (months and years) (if multiple products, specify date ranges for each product):

Approximately February 2022 to approximately April 2025.

**INJURIES AND DAMAGES**

16.     To the best of Plaintiff's knowledge, as a result of using GLP-1 RA Products, Plaintiff suffered the following injuries, including their sequelae (check all that apply):

__X__   Gastroparesis

__X__   Other gastro-intestinal injuries (specify) Heartburn, Diarrhea, Epigastric pain, Nausea, Vomiting.

_____   Ileus

_____   Ischemic Bowel/Ischemic Colitis

4

_____ Intestinal Obstruction

_____ Necrotizing Pancreatitis

_____ Gallbladder Injury (specify): _____

_____ Micronutrient Deficiency

_____ Wernicke's encephalopathy

_____ Aspiration

_____ Death

_____ Additional/Other(s) (specify):

17.   Plaintiff's injuries occurred in approximately (month and year)?

Plaintiff was diagnosed with gastroparesis in or around April 2025.

18.   In addition, as a result of Plaintiff's use of GLP-1 RA Products, Plaintiff suffered personal and economic injuries, pain and suffering, emotional distress, mental anguish, and the following damages (check all that apply):

__X__ Injury to self

_____ Injury to person represented

__X__ Economic loss

_____ Wrongful death

_____ Survivorship

__X__ Loss of services

__X__ Loss of consortium

_____ other(s) (specify): _____

## CAUSES OF ACTION

19.   In addition to adopting and incorporating by reference the Master Complaint as

stated above, more specifically, Plaintiffs hereby adopt and incorporate by reference the following Causes of Action and allegations asserted in the Master Complaint (check all that apply):

  X   Count I:     Failure to Warn – Negligence

  X   Count II:    Failure to Warn – Strict Liability

  X   Count III:   Breach of Express Warranty/Failure to Conform to Representations

  X   Count IV:    Breach of Implied Warranty

  X   Count V:     Fraudulent Concealment/Fraud by Omission

  X   Count VI:    Fraudulent/Intentional Misrepresentation

  X   Count VII:   Negligent Misrepresentation/Marketing

  X   Count VIII:  Strict Product Liability Misrepresentation/Marketing

  X   Count IX:    Innocent Misrepresentation/Marketing

  X   Count X:     Unfair Trade Practices/Consumer Protection (see below)

  X   Count XI:    Negligence

  X   Count XII:   Negligent Undertaking

       Count XIII: State Product Liability Act (see below)

       Count XIV: Wrongful Death

  X    Count XV:  Loss of Consortium

       Count XVI: Survival Action

       Other(s) (specify, and on separate pages, plead additional facts supporting any above claim in sufficient detail as required by applicable rules):

_____

20.     If Plaintiffs are asserting a claim pursuant to the unfair trade practices or consumer protection statutes of any jurisdiction as identified in Count X above:

     a.  Indicate the specific statute (including subsections) under which Plaintiffs will bringing such claims:

6

Plaintiffs are bringing such claims pursuant to N.Y. Gen. Bus. Law § 349 and

N.Y. Gen. Bus. Law §§ 350, 350-a, and 350-e.

 b. Identify the factual allegations supporting those claims (by subsection, if applicable):

  Please see Attachment A.

21. If Plaintiffs are asserting a claim pursuant to the Product Liability Act ("PLA") of any jurisdiction as identified in Count XIII above:

 a. Indicate the specific statute (including subsections) under which Plaintiffs will bring such claims:

  N/A

 b. Identify the legal theories identified in Paragraph 19 above (*e.g.*, negligent failure to warn, fraud, etc.) that are subsumed within Plaintiffs' PLA claim:

  N/A

 c. Identify the factual allegations supporting those claims:

  N/A

22. If pre-suit notice is required by statute, did Plaintiffs provide some form of separate pre-suit notice to Defendants? If so, attach such notice.

 Notice is not required by statute in New York.

### **RELIEF**

Plaintiffs pray for relief and judgment against Defendants of compensatory damages, punitive and/or exemplary damages, interest, costs, attorneys' fees, and such further relief as the

Court deems equitable and just, and as set forth in the *Master Complaint*, as appropriate, and any additional relief to which Plaintiffs may be entitled.

## JURY DEMAND

Plaintiffs hereby demand a trial by jury as to all claims triable by jury in this action.

Date: 06/25/2026

RESPECTFULLY SUBMITTED,
*/s/ Shreedhar R. Patel*
Shreedhar R. Patel (TX ID: 24074864)
**SIMON GREENSTONE PANATIER, PC**
901 Main Street, Suite 5900
Dallas, TX 75202
Telephone: (214) 276-7680
Facsimile: (214) 276-7689
E-mail: shreedhar.patel@sgptrial.com

**ATTORNEY FOR PLAINTIFFS**

8